

**DRAFT**
**GOVERNMENT OF PAKISTAN**
**MINISTRY OF LAW AND JUSTICE**
*******

Central Authority,
Ministry of Law and Justice,
3rd Floor,"R & S" Block, Pak-Secretariat,
Islamabad.
Contact # +92 51-9202484
Fax No. 92 51-9217341
e mail: solicitor@molaw.gov.pk

## APPLICATION FOR THE RETURN OF A CHILD UNDER THE HAGUE CONVENTION ON THE CIVIL ASPECTS OF INTERNATIONAL CHILD ABDUCTION, 1980

| REQUESTING CENTRAL AUTHORITY OR APPLICANT: | REQUESTED AUTHORITY: |
|---|---|
| ............................................................ | ............................................................ |

Concerns the following child ...........................................................................
who will attain the age of 16 on (dd.mm.yyyy).......................................

NOTE: The following all columns should be filled/completed

### I—IDENTITY OF THE CHILD AND ITS PARENTS

*E-office done*

**1  Child**

| | First | Middle | Last |
|---|---|---|---|
| A. Name | HAMDAN ARSHAD KHAN | HAYA KHAN |
| B. Gender | MALE | FEMALE |
| C. Date and place of birth (Copy of Birth Certificate is required) | ORLANDO | HOUSTON |
| D. Habitual residence before removal or retention | ISLAMABAD, PAK | ISLAMABAD, PAK |
| E. Passport or Identity card no. | [redacted] | [redacted] |
| F. Description and photo, | US PASSPORT Attached | U.S. PASSPORT Attached |

**2  Parents**

**2.1  Mother**

| | |
|---|---|
| A. Name | KHUSHBO SEEMAB |
| B. Date and place of birth | [redacted] – SWAT, PAK |
| C. Nationality | PAKISTANI |
| D. Occupation | HOUSEWIFE – UNEMPLOYED |
| E. Habitual residence | ISLAMABAD, PAK (prior to abduction) |
| F. Passport or Identity card no., | [redacted] – passport |

Law & Justice Division
Sol-I Section
Dy.No 140
Dated 03/02/2025

DAS-III
DS-II
03/2/25

1

2.2   Father:

    A. Name — MUHAMMAD ARSHAD KHAN

    B. Date and place of birth — [redacted] - SWAT, PAK

    C. Nationality — PAKISTANI

    D. Occupation — BUSINESSMAN

    E. Habitual residence — ISLAMABAD + DOHA - QATAR

    F. Passport or Identity card No., — [redacted] - Passport

2.3   Date and place of marriage ........ JUNE 01 2013 - SWAT, PAK

Copy of Marriage Certificate is required ........ attached

II—REQUESTING INDIVIDUAL OR INSTITUTION
i. Father/~~Mother~~ ........ MUHAMMAD ARSHAD KHAN
ii. Through Central Authority

2

### III—PLACE WHERE THE CHILD IS PRESUMED TO BE

4.1 Information concerning the person alleged to have removed or retained the child

Last known address: FRANKLINVILLE, NEW JERSEY, USA

Passport or Identity card no., if any: KHUSHBO SEEMAB (AB5230442 - Passport)

Description and photo: attached

4.2 Address of the child: HAMDAN SCHOOL - MAIN ROAD ELEMENTARY SCHOOL, Newfield, NJ
HAYA SCHOOL - MARY F JANVIER, FRANKLINVILLE, NJ

4.3 Other persons who might be able to supply additional information relating to the whereabouts of the child: Residing illegally with ALI KHAN (315-840-4157) AYESHA BIBI

### IV—TIME, PLACE, DATE AND CIRCUMSTANCES OF THE WRONGFUL REMOVAL OR RETENTION

OCT 25 2024 - PESHAWAR AIRPORT to MIAMI AIRPORT. The mother took the children without the father's consent while he was abroad working in Qatar. The father only discovered their departure on December 29, 2024. It is suspected that her family forged guardianship documents to facilitate their unauthorized travel.

### V—FACTUAL OR LEGAL GROUNDS JUSTIFYING THE REQUEST

The children's habitual residence is Islamabad, Pakistan. Their removal violates the father's parental rights & custody. The Hague Convention on Civil aspects of International Child Abduction mandates their return.

-4

## VI—CIVIL PROCEEDINGS IN PROGRESS

Case No............................................................................................

Court.................................................................................................

Present Status of Case......................................................................

........................................................................................................

........................................................................................................

## VII—CHILD IS TO BE RETURNED TO:

a. Name — Muhammad Arshad Khan

   Date and place of birth — ▇▇▇▇▇▇▇▇▇▇▇, Swat, Pak.

   Address (m.arshad.k84@gmail.com) House 32, Street #12, G13/3, Islamabad

   Telephone number — +923339114002 / +97 466313025

b. Proposed arrangements for return of the child — Immediate repatriation with the assistance of US/Pakistani authorities.

## VIII—OTHER REMARKS

She stole gold & cash from my home to finance this trip to USA. She is working at Ali Khan's resturant in violation of US laws while on visit visa. She is attempting to seek Asylum in the US based on false claims.

IX—LIST OF DOCUMENTS ATTACHED*

1) Photographs of the abducted children, & mother. 2) Birth certificate of children.
3) Passport copies of mother & children.
4) Mother Identity Card Number.
5) Marriage Certificate.
6) Proof of habitual residence. (school photos & fees)

I authorise the requested Central Authority and its agents to act on my behalf and to do all things reasonable and necessary in connection with this application.

Date........... 03 - FEB - 2025

Place........... ISLAMABAD

Signature and/or stamp of the requesting Central Authority or applicant

*Ashaf*

* e.g. Certified copy of relevant decision or agreement concerning rights of custody or rights of access; certificate or affidavit as to the applicable law; information relating to the social background of the child; authorization empowering the Central Authority to act on behalf of applicant.

Muhammad Arshad Khan
0333 9114002
Whatsapp +974 6631 3025
m.arshad.k84@gmail.com