IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MUHAMMAD ARSHAD KHAN** | : | **CIVIL ACTION** |
| | : | |
| v. | : | NO.  25-2283 |
| | : | |
| **KHUSHBO SEEMAB** | : | |

# ORDER

**AND NOW**, this 4th day of September 2025, upon considering the parties' trial briefs (DI 19, 20, 31, 32), following the July 17, 2025 evidentiary hearing, and for reasons in the accompanying memorandum, it is **ORDERED** the petition for return of the children is dismissed for lack of subject matter jurisdiction.

The restrictions placed on respondent by our prior orders (e.g., DI 14, DI 21) are **REVOKED**.  The Clerk of the Court shall release respondent's and respondent's children's passports to respondent upon request.

The Clerk of Court shall **close** this case.

MURPHY, J.